IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00428-MOC-DSC

| | |
|---|---|
| BELK, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NIR PATEL, et. al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Michael S. Biehl and Robert B. Ellis]" (documents ##15-16) filed August 23, 2022. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: August 23, 2022

David S. Cayer
United States Magistrate Judge