IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00428-MOC-DSC

BELK, INC.,

        Plaintiff,

v.

NIR PATEL, et. al.,

        Defendants.

**ORDER**

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Aviva Grumet-Morris and Rex Sessions]" (documents ##36 and 37) filed October 17, 2022. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: October 18, 2022

*/s/ David S. Cayer*
David S. Cayer
United States Magistrate Judge